## Fadgen *v.* Lenkner, Appellant.

Argued November 14, 1974. *Richard H. Martin,* with him *Baskin, Boreman, Wilner, Sacks,*

*Gondelman & Craig,* for appellant; *William C. Bartley,* for appellee.

Judgment affirmed.